IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BECKY LYNN JONES-MANES**                                                              **PLAINTIFF**

v.                                    Case No. 4:11-cv-861-DPM

**JOHN SELIG, ET AL.**                                                                  **DEFENDANTS**

ORDER

Motion, *Document No. 3*, granted.  Complaint dismissed with prejudice based on parties' settlement.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2011